(*Supreme Court, General Term, Third Department.*  December 8, 1891.)

Action by Orlando P. Dexter against Warren Joseph Alfred.   For former report, see 12 N. Y. Supp. 365.

No opinion.   Order denying motion to change place of trial affirmed, with $10 costs and printing disbursements.

---

PEOPLE *ex rel.* DERBY *v.* RICE *et al.*

(*Supreme Court, General Term, Third Department.*  December 8, 1891.)

Several actions on the relation of John H. Derby against Frank Rice and others.

No opinion.   Order affirmed.

---

PEOPLE *ex rel.* PECK *v.* RICE *et al.*, (four cases.)

(*Supreme Court, General Term, Third Department.*  December 8, 1891.)

Actions on the relation of Rufus D. Peck against Frank Rice and others.
No opinion.   Order affirmed.

---

SWEENY, Respondent, *v.* CITY OF BUFFALO, Appellant.

(*Supreme Court, General Term, Fifth Department.*  January, 1892.)

Appeal from special term, Erie county.
Action by Charles Sweeny against the city of Buffalo.
Argued before DWIGHT, P. J., and MACOMBER and LEWIS, JJ.
*George M. Browne*, Corp. Counsel, for appellant.   *Tabor, Sheehan, Cunneen & Coatsworth*, for respondent.
No opinion.   Judgment and order appealed from affirmed, with costs.

---

DAVIS, Respondent, *v.* WOLNISKY, Appellant.

(*Common Pleas of New York City and County, General Term.*  December 23, 1891.)

Appeal from fourth district court.
Action by Clarence Davis against Charles Wolnisky.
Argued before BOOKSTAVER and BISCHOFF, JJ.
*R. L. Harrison*, for appellant.   *N. Levy*, for respondent.
No opinion.   Judgment reversed, new trial ordered, cost to appellant to abide the event.